Appeal NO. 03-13-00066-CR

IN THE THIRD DISTRICT COURT OF APPEALS

AT AUSTIN TEXAS

MAURICE SAMUEL ARRINGTON

Appellant

V.

THE STATE OF TEXAS

Appellee

FILED
April 17, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED
APR 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Appeal of Cause NUMBER 69198 FROM THE 426th JUDICIAL Court OF BELL County TEXAS.

MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS PRO SE MOTION FOR REHEARING IN RESPONSE TO COURTS DECISION.

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now MAURICE SAMUEL ARRINGTON, Appellant Pro se, and respectfully moves the Court to extend the deadline for filing his motion For REHEARING by Thirty days. In Support Appellant would show the Following:

I.

Petitioner went on a federal bench warrant in which all of my legal documents were mishandled or lost

In which I have attempted on numerous occasions to aquire duplicate copies of my appellate pro se brief from the court of appeals that I may try to perfect a breif for my rehearing, I have not yet recieved an answer yet.

## II.

The prison facility I am located at was on lock-down for a week and defendant had limited to no access to a law-library.

## III.

This is petitioners second Motion for extension of Time which is greatly need to allow time for petitioner to aquire legal documents from the cout to finish pro se brief,

Wherefor, petitioner prays this court grant this motion and extend the deadline for filing the MOTION FOR REHEARING in this case Number 03-13-00066-CR to May 20, 2015

Maurice Samuel Arrington
Petitioner pro se
Texas Department of Criminal Justice
Ramsey 1 unit
TDCJ ID# 1833454
Rosharon Texas, 77583

## Certificate of Service

I certify that a true and correct copy of the above and foregoing Second Motion for extension of time to file for REHEARING, has been forwarded by U.S. Mail, postage prepaid, First Class to the attorney for the State mr. Bob D. ODom, at P.O. Box 540, Belton Texas 76513, and to the State prosecuting office, P.O. Box 12547, Austin Texas 78711 on this 13th day of ~~~~ April 2015.

*Maurice Samuel Singh*

I MAURICE SAMUEL ARRINGTON, TDCJ # 1833454, being presently incarcerated in the Ramsey 1 unit of the TEXAS DEPARTMENT OF CRIMINAL JUSTICE in Brazoria County Texas verify and declare under penalty of perjury that the foregoing statements are true and correct executed on this the 13th day of April 2015.

*Maurice Samuel Arrington*
TDCJ # 1833454

April 13, 2015

Mr. Jeffrey D. Kyle,

Please make the Court aware of this motion, and file it with the court.

Also I wrote your office a couple of times asking if the Court would grant me a copy of my Appellant pro se Brief that I filed with you. My originals were mishandled during a Federal bench warrant and I need another copy to complete my rehearing requirements.

Thank you.

Maurice S. Christ

RECEIVED
APR 1 7 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Ramsey 1 unit
1100 FM 655
Rosharon TX. 77583

Legal Mail

787112547477

14 APR 2015 PM 6 L

FOREVER US

Third District Court of Appeals
Jeffrey D. Kyle / Clerk
P.O. Box 12547
Austin Texas 78711